UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANDREW JONES,

JUDGMENT
08-CV- 0915 (JG)

                Petitioner,

-against-

J. WALSH, Superintendent, Sullivan
Correctional Facility,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 16 2008 ★

BROOKLYN OFFICE

                Respondent.
---------------------------------------------------------------X

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 12, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       May 13, 2008

                                                    s/Robert C. Heinemann

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court